Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Thomas Sullivan
Tel: 212.850.6139
Fax: 212.223.1942
sullivant@ballardspahr.com

April 22, 2026

*By ECF*

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007

Re: *Amira v. The Daily Mail et al.*, No. 26 Civ. 2655 (LAP) (S.D.N.Y.)

Dear Judge Preska:

We represent Defendants The Daily Mail, Dailymail.com, and Daily Mail and General Trust plc in the above-captioned matter. We write on behalf of all parties to notify the Court that the parties have reached an agreement in principle to resolve this case in its entirety. With the consent of counsel for Plaintiff, we respectfully ask the Court to administratively discontinue this matter, with leave for any party to reopen the case should the parties not finalize their settlement within 60 days.

Thank you for your consideration of this request.

Respectfully submitted,

Thomas B. Sullivan

Thomas B. Sullivan

cc: All counsel of record