UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTOINE AMIRA,

                        Plaintiff,

-against-

THE DAILY MAIL, et al.,

                        Defendants.

No. 26-CV-2655 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

It is hereby ORDERED that the Clerk of the Court shall mark this matter as closed and all pending motions denied as moot; provided, however, that if settlement is not consummated within 60 days of the date of this Order, either party may apply by letter within the 60-day period for reinstatement of the action.

**SO ORDERED.**

Dated:     April 23, 2026
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge