**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ANTOINE AMIRA,<br><br>Plaintiff,<br><br>-against-<br><br>THE DAILY MAIL, DAILYMAIL.COM., and DAILY MAIL AND GENERAL TRUST PLC,<br><br>Defendants. | X<br>:<br>:<br>:<br>:<br>:<br>:<br>X | No. 26 Civ. 2655 (LAP)<br><br>ECF Case<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Antoine Amira hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, in its entirety, with each party to bear his or its own attorneys' fees and costs.

Dated: June 10, 2026

Respecfully submitted,

/s/ *Armin Ghiam*
Armin Ghiam
HUNTON ANDREWS KURTH LLP
200 Park Avenue, 52nd Floor
New York, NY 10166
Tel.: (212) 309-1000
aghiam@Hunton.com NY 10019

*Attorneys for Plaintiff*
*Antoine Amira*